AUSA: Adabelle U. Ekechukwu

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA |
|---|
| v. |
| MARTINSON AFARI YEBOAH, |
| Defendant. |

25 MAG 3597

RULE 5(c)(3)
AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss.:

Jesus Paulino, being duly sworn, deposes and says that he is a Special Agent with the U.S. Secret Service, and charges as follows:

On or about October 7, 2025, the United States District Court for the Western District of Kentucky issued an arrest warrant (the "Arrest Warrant") for "Martinson Afari Yeboah" based on an indictment (the "Indictment") charging "Martinson Afari Yeboah" with conspiring to engage in money laundering, in violation of 18 U.S.C. § 1956(h). Copies of the Indictment and the Arrest Warrant are attached hereto as Exhibit A and B, respectively, and are incorporated by reference herein.

On or about November 12, 2025, I participated in the arrest of MARTINSON AFARI YEBOAH, the defendant, in the Southern District of New York. I believe that MARTINSON AFARI YEBOAH is the same individual as the "Martinson Afari Yeboah" who is named in the Arrest Warrant.

The bases for my knowledge and for the foregoing are, in part, as follows:

1. I am a Special Agent with the U.S. Secret Service. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of the defendant. I have been personally involved in determining whether MARTINSON AFARI YEBOAH, the defendant, is the same individual as the "Martinson Afari Yeboah" named in the Arrest Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of the documents from the United States District Court for the Western District of Kentucky, I know that, on or about October 7, 2025, the United States District Court for the Western District of Kentucky issued the Arrest Warrant.

3. Based on my participation in this investigation, I know that on or about November 12, 2025, at approximately 6:10 a.m., MARTINSON AFARI YEBOAH, the defendant, was

arrested in the Southern District of New York and that YEBOAH was subsequently processed for that arrest.

    4.    Based on my participation in the arrest, my conversations with other law enforcement officers, and my review of law enforcement records, I believe that MARTINSON AFARI YEBOAH, the defendant, is the "Martinson Afari Yeboah" named in the Arrest Warrant for the reasons set forth below, among others:

    a.    I have reviewed law enforcement records regarding "Martinson Afari Yeboah," the person identified in the Arrest Warrant. That information includes information regarding his name, date of birth, and Social Security Number. The information also includes a photograph of "Martinson Afari Yeboah" and the FBI number associated with "Martinson Afari Yeboah's" fingerprints.

    b.    At the time of his arrest, YEBOAH identified himself to law enforcement officers as "Martinson Afari Yeboah" and provided a particular Social Security Number, a particular date of birth, a particular passport card, a particular military card, and a particular New York State ID. The biographical information provided by YEBOAH matched the name, date of birth, and Social Security Number listed in law enforcement records for "Martinson Afari Yeboah," and YEBOAH's physical appearance matched photographs of "Martinson Afari Yeboah" contained in law enforcement records and the identification documents YEBOAH provided law enforcement at the time of his arrest.

    c.    Moreover, during post-arrest processing, law enforcement officers took YEBOAH's fingerprints during post-arrest processing and ran them through law enforcement databases, which returned a match for law enforcement records for "Martinson Afari Yeboah."

    d.    Accordingly, I believe that MARTINSON AFARI YEBOAH, the defendant, is the "Martinson Afari Yeboah" named in the Arrest Warrant.

    WHEREFORE, I respectfully request that MARTINSON AFARI YEBOAH, the defendant, be imprisoned or bailed, as the case may be.

_____
Jesus Paulino
Special Agent
U.S. Secret Service
New York Field Office

Sworn to before me this
12th day of November, 2025

_____
THE HONORABLE ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK